IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

PHILLIP S. FOSTER; ET AL.                          PLAINTIFFS

VERSUS                      CIVIL ACTION NO: 1:22CV027-GHD-RP

ALMOUS LEATHERWOOD                      DEFENDANT

## ORDER DISMISSING ACTION

The Court has been advised by counsel that this action has been resolved or is in the process of being resolved. Therefore, it is not necessary that the action remain upon the calendar of the court.

The Court therefore ORDERS that this action be DISMISSED without prejudice. The Court retains complete jurisdiction to vacate this order and to reopen the action upon cause shown that the resolution of this matter has not been completed and further litigation is necessary.

SO ORDERED, this, the 11th day of October, 2022.

_____
SENIOR U.S. DISTRICT JUDGE